UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>　　Plaintiff,<br><br>　v.<br><br>**Russell Motorsports, Inc.**, a California Corporation;<br><br>　　Defendants. | Case No.: 2:21-cv-01763-WBS-AC<br><br>**ORDER ON REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed: September 28, 2021<br>Trial Date: N/A |

　　Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the Joint Status Report be continued to **April 25, 2022** and the Status (Pretrial Scheduling) Conference, be continued to **May 9, 2022 at 1:30 p.m.**.

IT IS SO ORDERED.

Dated: February 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE