UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL MOTORSPORTS, INC., a California Corporation; <br><br> Defendants. | Case No.: 2:21-cv-01763-WBS-AC <br><br> **ORDER** |

### **ORDER**

The parties shall file a Joint Stipulation for Dismissal no later than **April 15, 2022**, or a joint status report if settlement has not been finalized by that date. The Scheduling Conference currently set for May 9, 2022 at 1:30 p.m. shall remain, to be automatically vacated upon the court's receipt of the parties' stipulated dismissal or further order of this court.

**IT IS SO ORDERED.**

Dated: February 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Settlement            -1-            2:21-cv-01763-WBS-AC