UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Russell Motorsports, Inc.**; and Does 1-10, <br><br> Defendants. | Case: 2:21-cv-01763-WBS-AC <br><br> **Order** |

Having read the notice of the inability to consummate the settlement, the Court hereby ORDERS the deadline to file a Stipulation for Dismissal relieved and the Scheduling Conference currently set for May 9, 2022 to remain on calendar. A joint status report shall be filed no later than April 25, 2022 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference (Docket No. 3) filed September 28. 2021. Defendant shall file a response to the first amended complaint.

**IT IS SO ORDERED.**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2022

Order                                                    2:21-cv-01763-WBS-AC