UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRIS LANGER,

          Plaintiff,

    v.

RUSSELL MOTORSPORTS, INC., a
California Corporation,

          Defendant.

No. 2:21-cv-01763 WBS AC

ORDER

----oo0oo----

        Plaintiff's motion for administrative relief (Docket No. 17) to file his opposition to defendant's motion to dismiss beyond the deadline required by the newly amended Local Rule 230(c) is GRANTED.  Because counsel was apparently relying on the previous version of the rule, his delay in filing the opposition is understandable.

        IT IS SO ORDERED.

Dated:  March 31, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1